**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DOMINIQUE RENEE ROCHE-KOVAL | : | Case No. 18-13697-BFK |
| DAVID KEVIN KOVAL | : | (Chapter 13) |
| | : | |
| Debtors | : | |

**ORDER APPROVING APPLICATION FOR SUPPLEMENTAL COMPENSATION**
**OF ATTORNEY FOR DEBTORS**

Upon consideration of the Application (the "**Application**") of David E. Lynn for approval

and payment of supplemental compensation as attorney for the Debtors in the amount of $1,500.00

and the responses thereto, if any, and for good cause shown, it is, by the Court

ORDERED:    That the Application is approved, and it is further

ORDERED:    That David E. Lynn shall be paid the agreed amount of $1,500.00 directly by

the Debtors, outside the plan, as the agreed compensation for the following services:

| Description of Services Rendered | Date of Service | Attorney hours | Paralegal hours | Total fees incurred |
|---|---|---|---|---|
| Obtaining approval for purchase of residence | 9/17/21 - 12/22/21 | 6.6 | 0 | $2,950.00 |

 

Brian F. Kenney, Judge
United States Bankruptcy Court for the
   Eastern District of Virginia

Entered on docket: _____

I ASK FOR THIS:

  */s/ David E. Lynn*
David E. Lynn - V.S.B. No. 90409
15245 Shady Grove Road, Suite 465 N
Rockville, MD 20850
301-255-0100
*davidlynn@verizon.net*

<u>Local Rule 9022-1.C Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1.C.

_/s/ David E. Lynn_
David E. Lynn

Copies (via CM/ECF) to:
David E. Lynn, Esq.
Thomas P. Gorman, Esq., Chapter 13 Trustee

**END OF ORDER**